```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
   CAPITAL MARKETS PLACEMENT, INC., :
                                         Plaintiff, :
                             -against-          :     1:21-cv-6845-GHW
   NEUVOO INC. and TALENT.COM INC., :     ORDER
                                     Defendants. :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      Plaintiff's October 8, 2021 request to adjourn the initial pre-trial conference in this matter, Dkt. No. 11, is granted.  The initial pre-trial conference in this matter is adjourned to November 12, 2021 at 4:00 p.m.  The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions.  The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.  The joint status letter and proposed case management plan described in the Court's August 17, 2021 order are due no later than November 5, 2021.

      SO ORDERED.

Dated:  October 8, 2021
New York, New York
                                                  GREGORY H. WOODS
                                           United States District Judge