USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
   CAPITAL MARKETS PLACEMENT, INC.,  :
                                           Plaintiff,  :
                  -against-  :    1:21-cv-6845-GHW
   NEUVOO INC. and TALENT.COM INC.,  :    ORDER
                                    Defendants.  :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       The Court has received Plaintiff's December 17, 2021 request for a pre-motion conference. Dkt. No. 23. The Court will hold a conference regarding Plaintiff's request to file a motion to dismiss Defendant's counterclaims and certain defenses on January 6, 2021 at 4:00 p.m. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules. The deadline for Plaintiff to answer or otherwise respond to Defendant's counterclaims is adjourned pending that conference.

       SO ORDERED.

Dated: December 18, 2021
New York, New York
                                                  GREGORY H. WOODS
                                             United States District Judge